THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Judgment of conviction of the County Court of Westchester county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FILBY, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

WILLIAM RYAN, Respondent, v. WALLABOUT BASIN STORAGE AND TERMINAL COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

DOROTHY SABEL, Respondent, v. MORTIMER A. HARRISON, Appellant. STELLA DATTELBAUM and CLAIRE S. AUER, Defendants.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of the defendant Harrison dismissing the complaint on the merits and directing judgment against plaintiff for the specific performance of the contract, with costs. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made in accordance herewith. There is no merit in the objections made by plaintiff at the time set for closing title and the appellant was able to convey a good and marketable title to the property in question. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice.

HENRY L. SCHAEFER, Respondent, v. S. LEWIS SHOVAN, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

JACOB SCHNEIDER, Respondent, v. ANNA AMATO, Formerly ANNA BRUSCA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JAMES SHEWAN & SONS, INC., Respondent, v. UNION SULPHUR COMPANY, Appellant.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. The court committed error in the following respects: (1) In refusing to submit to the jury the question of interest upon the verdict, and in adding interest to the verdict as rendered by the jury; (2) in refusing defendant's request to withdraw a juror and to declare a mistrial because plaintiff's counsel brought to the jury's attention the fact that defendant was covered by insurance; (3) in permitting certain of plaintiff's witnesses to testify to statements claimed to have been made to them by appraisers representing the insurance company (fols. 170–175). Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

ROSARIO S. SPITALERI, Respondent, v. ELCO GELATONE PUBLISHING CORPORATION and WYANOAK-ELCO PUBLISHING CORPORATION, Appellants.— Order denying motion to require plaintiff to serve an amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.